**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6187**

_____

VERNON S. SPRIGGS,

Plaintiff - Appellant,

versus

WILLIAM SONDERVAN, Ph.D., Ed.,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-02-1331-CCB)

_____

Submitted:  May 19, 2003            Decided:  May 28, 2003

_____

Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Vernon S. Spriggs, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vernon S. Spriggs appeals the district court's order granting summary judgment in favor of the Defendant and denying Spriggs' motions to amend his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Spriggs v. Sondervan</u>, No. CA-02-1331-CCB (D. Md. Dec. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>